UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID LOPEZ, | 1:23-cv-00391-PKC-JRC |
| Plaintiff, | **STIPULATION** |
| – against – | |
| CE SOLUTIONS GROUP, LLC, CE SOLUTIONS INC., CE FLAGGING PLUS CORP., CE RESERVE CORP., ARGANI, INC., HASSAN SABLINI, and JEANNINE NAPOLEONE-COLBERT, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel as follows:

1.  The time for Defendants CE Solutions Group, LLC, CE Solutions, Inc., CE Flagging Plus Corp., CE Reserve Corp., Argani, Inc. Hassan Siblini[1] and Jeannine Napoleone-Colbert to move or otherwise respond to the Complaint in the above-captioned action is hereby extended to April 15, 2023.

IT IS FURTHER STIPULATED AND AGREED that this Stipulation may be executed in counterparts, and electronic or facsimile signatures shall have the same force and effect as originals.

DATED:  New York, New York
        March 9, 2023

**STILLMAN LEGAL, P.C.**
*Attorneys for Plaintiffs*


By: /s/ Lina Stillman_____
    Lina Stillman, Esq.
    42 Broadway, 12th Floor
    New York, New York 10004
    (212) 203-2417
    LS@StillmanLegalPC.com

**PHILLIPS NIZER LLP**
*Attorneys for Defendants CE Solutions Group LLC,*
*CE Solutions Inc., and Jeannine Napoleone-Colbert*


By: */s/ Jeremy Siegfried*
    Jeremy Siegfried, Esq.
    485 Lexington Avenue, 14th Floor
    New York, New York 10017
    (212) 977-9700
    jsiegfried@phillipsnizer.com

---

[1] Mr. Siblini is identified in the caption as "Hassan Sablini" as a defendant.

SO ORDERED:

_____
U.S.D.J.