UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
———————————————————————X

David Lopez,

        Plaintiff,

**JUDGMENT PURSUANT TO RULE 68**

    -versus-

1:23-cv-00391-PKC-JRC

CE SOLUTIONS GROUP, LLC,
CE SOLUTIONS, INC., CE FLAGGING PLUS
CORP., CE RESERVER CORP., ARGANI, INC.,
HASSAN SABLINI, AND JEANNINE
NAPOLEONE-COLBERT

        Defendants.
———————————————————————x

**WHEREAS,** on January 19, 2023, Plaintiff Lopez filed this action alleging violations of the Fair Labor Standards Act.

**WHEREAS,** on April 10, 2023, pursuant to Fed. R. Civ. P. 68, the defendants served on the plaintiff an Offer of Judgment in favor of Plaintiff Lopez and

**WHEREAS,** on April 10, 2023, Plaintiff Lopez accepted the defendant's offer **NOW, THEREFORE, IT IS HEREBY ORDERED AND ADJUDGED THAT:** 1.    Defendants shall pay Plaintiff Lopez the total sum of twenty-five thousand dollars ($25,000), under the Rule 68 Offer of Judgment inclusive of attorney's fees.

    2.    This judgment shall be in full satisfaction of all federal and state law claims or rights that Plaintiff Lopez may have to damages, or any other form of relief, arising out of the alleged acts or omissions of defendants or any official, employee, or agent, either past or present, of Defendants or any agency thereof, in connection with the facts and circumstances that are the subject of this action.

    3.    The offer of judgment was made for the purposes specified in Rule 68 of the Federal Rules of Civil Procedure and is not to be construed as an admission

of liability by any defendant, or an official, employee, or agent of the Defendants, or any agency thereof; nor is it an admission that Plaintiff Lopez has suffered any damages.

4. Acceptance of the offer of judgment has acted to release and discharge defendants; their successors or assigns; and all past and present officials, employees, representatives, and agents of the Defendants, or any agency thereof, from any and all claims that were or could have been alleged by Plaintiff Lopez in the above-referenced action. Acceptance of the offer of judgment has waived Plaintiff Lopez's rights to any claim for interest on the amount of the judgment.

Dated: Brooklyn, New York

    May 12, 2023

BRENNA B. MAHONEY
CLERK OF COURT

BY: *Jalitza Poveda*
    Deputy Clerk